[No. 58341-7-I.   Division One.   May 29, 2007.]

KAREN A. STEVENSON, *Appellant*, v. DAVID M. CANNING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-16751-3, Richard A. Jones, J., entered May 9, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 58676-9-I.   Division One.   May 29, 2007.]

BRUCE WHITE ET AL., *Appellants*, v. ANTHONY T. BOZANIC ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-39809-6, John P. Erlick, J., entered May 25, 2006. *Affirmed* by unpublished opinion per Baker, J., concurred in by Schindler, A.C.J., and Becker, J.

[No. 22882-7-III.   Division Three.   May 29, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS D. SUMNER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-00225-8, Tari S. Eitzen, J., entered March 18, 2004. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 23779-6-III.   Division Three.   May 29, 2007.]

RICARDO CHAVEZ, *as Guardian, Respondent*, v. THE ESTATE OF JUANA CHAVEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-2-02772-6, Robert N. Hackett, Jr., J., entered December 27, 2004. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Kulik, J.